54 F.3d 769
 Anthony Maxwell
v.
Patrick Arvonio, Administrator, Regina C. Larkins, Dis.
Officer, Joseph E. Butler, Assoc. Admin., Henry J. Jackson
Asst. Supt., Steven Pinchak, Asst. Supt., all Employed at
East Jersey State Prison, Donald Roberts, Laboratory
Supervisor for Department of Corrections, Frank M. Stearns,
Ph.D., Forensic Toxicology Director
 NO. 93-5612
 United States Court of Appeals,
Third Circuit.
 Apr 19, 1995
 
 Appeal From: D.N.J., No. 93-cv-00921,
 Debevoise, J.
 
 
 1
 AFFIRMED.